FREDERICK BIRMBERG, Appellant, *v.* LOUIS I. ISQUITH, Respondent.

Supreme Court, Appellate Term, First Department, February 8, 1926.

**Motions and orders — denial bars new application.**

The denial of an identical motion by a justice of the Municipal Court of the City of New York, in the absence of leave to renew, bars a new application.

APPEAL by plaintiff from an order of the Municipal Court, Borough of Manhattan, Ninth District, after a previous order had been denied.

*Emanuel Morganlander*, for the appellant.

PER CURIAM. The identical motion having previously been denied by a justice of the New York City Municipal Court without leave to renew it could not be brought on again. (*Goldenberg* v. *Adler*, 123 N. Y. Supp. 387.)

Order reversed, with ten dollars costs, and judgment reinstated.

All concur; present, BIJUR, DELEHANTY and WAGNER, JJ.